IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA FARLEY                                                    PLAINTIFF

VS.                    CASE NO. 3:18CV00026 PSH

NANCY A. BERRYHILL,
ACTING COMMISIONER OF SOCIAL
SECURITY ADMINISTRATION                                          DEFENDANT

# ORDER

Plaintiff Angela Farley ("Farley") moves to dismiss this case without prejudice. Docket entry no. 6. After this case was commenced, Farley submitted new evidence to the Appeals Council, which subsequently vacated the decision which formed the basis of this lawsuit. As a result, Farley has commenced a new lawsuit challenging the latter decision of the Appeals Council. *See Farley v. Berryhill*, 3:18cv53. For good cause, the motion to dismiss this action without prejudice is granted.

IT IS SO ORDERED this 9th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE