# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ANGELA FARLEY                                                                 PLAINTIFF

VS.                  CASE NO. 3:18CV00026 PSH

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                  DEFENDANT

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed without prejudice. The relief sought is denied.

DATED this 9th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE